IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FELICE BROWN
O.B.O. JB                                                                                                    PLAINTIFF

vs.                                          Civil No. 6:11-cv-06001

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Felice Brown ("Plaintiff") brings this action pursuant to § 205(g) of Title II of the Social Security Act ("The Act"), 42 U.S.C. § 405(g) (2006), seeking judicial review of a final decision of the Commissioner of the Social Security Administration ("SSA") denying the application of J.B. for Supplemental Security Income ("SSI") and a period of disability under Title XVI of the Act.

On March 14, 2001, Defendant filed a Motion to Dismiss based on Plaintiff's failure to timely file the Complaint. ECF No. 5. Plaintiff has not filed a response to this Motion and the time to file a response has passed.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Robert T. Dawson referred this Motion to the Honorable Barry A. Bryant for the purpose of making a report and recommendation. The Court, having reviewed the motion, recommends Defendant's Motion to Dismiss (ECF No. 5) be **GRANTED**.

**1. Background:**

Defendant filed a Motion to Dismiss alleging Plaintiff's complaint was untimely filed. Defendant states the complaint was not filed within the statutory time limitation of sixty days following the Commissioner's notice to Plaintiff that his request for review was denied. According

1

to Defendant, the Appeals Council denied Plaintiff's request for review on November 8, 2010. ECF No. 6. Defendant states Plaintiff, therefore, should have commenced his civil action on or before January 7, 2011.[1] The Complaint in this case was actually filed on January 19, 2011. ECF. No. 1.

**2. Discussion:**

The only civil action an individual may bring on any claim arising under Title II or Title XVI of the Social Security Act is an action to review the final decision the Commissioner has made after hearing the case. An individual must commence that action within sixty days after receiving notice of the Commissioner's final decision or within such further time as allowed by the Commissioner. The Commissioner may extend the time for instituting a civil action upon a claimant's request and showing of good cause. *See* 42 U.S.C. 405(g); 20 C.F.R. § 422.210(c).

Plaintiff received notice the Appeals Council denied his request for review on November 8, 2010. ECF No. 5-1, Pg 3. Based on this, Plaintiff should have commenced his civil action on or before January 14, 2011. This date includes the additional five days for receipt by mail and two additional days to reach the next non-weekend date. Plaintiff filed his complaint on January 18, 2011. ECF No. 1. Plaintiff has made no showing that a request for extending the time to file was sought by Plaintiff in this matter. Based on this, the Court finds Plaintiff's complaint was not filed timely and should be dismissed

**3. Conclusion:**

Accordingly, this Court recommends Defendant's Motion to Dismiss (ECF No. 5) be granted and that Plaintiff's Complaint be dismissed

---

[1] The Court finds that January 14, 2011 is the proper date by which Plaintiff's Complaint was to be filed. This date includes the additional five days for receipt by mail and two additional days to reach the next non-weekend date.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.** *See Thompson v. Nix*, **897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED** this **7th day of April, 2011.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE