```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

FELICE BROWN
O.B.O. JB                                                PLAINTIFF

    v.              Civil No. 6:11-CV-06001

MICHAEL J. ASTRUE
Commissioner, Social Security Administration             DEFENDANT

## JUDGMENT

Now on this 31st day of May 2011, there comes on for consideration the report and recommendation filed herein on April 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7)  Also before the Court are Plaintiff's objections to the report and recommendation. (Doc. 8)

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendant's Motion to Dismiss based on Plaintiff's failure to timely file the Complaint (Doc. 5) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge
```